**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6714**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

MICHAEL EARL CREWS,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:00-cr-00087-2H)

Submitted:  May 29, 2008              Decided:  June 26, 2008

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Earl Crews, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Earl Crews appeals the district court's orders denying his "Renewed Motion to Waive Fine" and his motion to reconsider that denial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Crews, No. 5:00-cr-00087-2H (E.D.N.C. Sept. 20, 2006 & Dec. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED